IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER DANIEL GAY, #253514, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-561-WHA |
| ) | [WO] |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend to submit additional evidence in support of complaint filed by the plaintiff on August 25, 2008 (Court Doc. No. 12), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 26th day of August, 2008.

                                               /s/ Susan Russ Walker
                                               SUSAN RUSS WALKER
                                               CHIEF UNITED STATES MAGISTRATE JUDGE