IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER DANIEL GAY, #253514, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:08cv561-TMH ) |
| JAMES DELOACH, et al., | ) ) |
| Defendants. | ) |

**ORDER AND OPINION**

On May 5, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 62). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The motion for summary judgment filed by the defendants is GRANTED.

2. Judgment is GRANTED in favor of the defendants.

3. This case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff for which execution may issue.

Done this the 1st day of June, 2010.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE